Frank M. Hickok, as Receiver, etc., of Frank H. Cowperthwait, Appellant, v. Frank H. Cowperthwait and Others, Respondents.— Motion for reargument denied, with costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Charles H. Weller, Appellant, v. Henry Stengel, Jr., Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ.

Byron Traver, Respondent, v. Robert P. Murphy, Appellant, Impleaded with Samuel W. Glover, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event. Opinion by Burr, J.* Woodward, Jenks and Thomas, JJ., concurred; Rich, J., taking no part.

Hyman Bernstein, Respondent, v. Samuel Baumann, Doing Business under the Firm Name and Style of J. Baumann & Brother, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss the action for failure to prosecute granted, with costs, on the ground that the excuse offered by plaintiff for a delay of nearly five years in bringing the case to trial is insufficient. Burr, Thomas and Carr, JJ., concurred; Jenks and Rich, JJ., dissented.

William Crawford, Respondent, v. John E. Sullivan and Others, Appellants, Impleaded with William Lloyd Kitchel, as Trustee in Bankruptcy of Mortimer Schleestein and Laurens P. Dixon, Respondents, and Title Guarantee and Trust Company, Defendant.— Order reversed on argument, without costs, and motion granted; proceedings remitted to the Special Term for disposition in accordance with this decision, on such terms as may be deemed proper. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

Julia M. Dawson, Appellant, v. Alberto De Verastegui, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ., concurred.

Paul C. Ertsaas, Respondent, v. Dreamland and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Albert Fiardo, Respondent, v. Antonio Massa, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Michael J. Gray, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Thomas and Rich, JJ., concurred; Burr and Carr, JJ., dissented.

Revilo O. Hagadone, Respondent, v. Normoyle & Quailey, Incorporated, Appellant.— Judgment and orders of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Burr, Thomas, Rich and Carr, JJ., concurred.

Adolph Hakkaneu, Respondent, v. Procter & Gamble Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with costs, on account of insufficiency of the moving papers and inadequacy of

---

* Opinion withheld from publication by direction of the court.— [REP.